IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

HARKHAM SHIPPING, LLC            Case 1:17-cv-21759-KMW

    Plaintiff,

vs.

M/V KHELSEA, official number 300048,
her engines, tackle, apparel, furniture, etc.,
*in rem*,

    Defendant.
_____/

## **D&D INVESTMENTS' ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW, Claimant D&D INVESTMENTS, as Owner of the defendant M/V KHELSEA, by and through undersigned counsel hereby files their Answer and Affirmative Defenses to Plaintiff's Verified Complaint and states as follows:

1. Paragraph 1 of the Complaint is admitted.

2. Paragraph 2 of the Complaint is admitted.

3. Paragraph 3 of the Complaint is admitted.

4. Paragraph 4 of the Complaint is admitted as to dockage services only, otherwise denied.

5. Paragraph 5 of the Complaint is denied.

6. Paragraph 6 of the Complaint is denied.

7. Paragraph 7 of the Complaint is denied.

8. Paragraph 8 of the Complaint is denied.

9. Paragraph 9 of the Complaint is denied.

10. Paragraph 10 of the Complaint is denied as phrased.

## AFFIRMATIVE DEFENSES

In and for a First Affirmative Defense: Satisfaction and Accord.  Upon information and belief, the invoices sued upon have been fully or partially satisfied.

In and for a Second Affirmative defense: Failure to State a Claim pursuant to Rule 12(b)(6). Plaintiff has failed to attach a contract or writing detailing the terms of any contract for dockage signed by owner or owner's lawful representative.

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
Valcourt and Associates LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Claimant D&D Investments

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Matthew J. Valcourt<br>
Matthew J. Valcourt

## SERVICE LIST

Jonathan Cooper, Esq.
BLANCK COOPER & HERNANDEZ, P.A.
5730 SW 74th St.
Suite 700
Miami, Florida 33143
Telephone: (305) 663-0177
Facsimile: (305) 663-0146