IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: CASE NO.: 17-21759-CV-KMW

HARKHAM SHIPPING, LLC
Plaintiff,

vs.

M/V KHELSEA
official number 300048, her engines,
tackle, apparel, furniture, etc., *in rem*,
Defendant.

and

S.M. MARINE INC.

INTERVENING PLAINTIFFS
--------------------------,/

## COMPLAINT IN INTERVENTION

COMES NOW, the Intervening Plaintiff S.M. MARINE, INC. by and through its undersigned attorney and pursuant to Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, files this Intervening Complaint against the M/V KHELSEA, her engines, tackle, apparel, furniture, etc., *in rem,* as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to the provisions of 46 United States Code § 31341 - 31342 and Rule C of the Federal Rules of Civil Procedure.

2. Plaintiff, S.M. MARINE, INC. ("SM MARINE") was and is a Florida company, with an office and principal place of business in Miami, Florida providing marine management and other marine services.

3. The M/V KHELSEA, a general cargo vessel is now and during the pendency of this action, within this District and within the jurisdiction of this Court.

4. Plaintiff SM MARINE has furnished the M/V KHELSEA, at the request of Owner, various necessaries including technical management which continue to accrue for the account of the vessel at $4,000.00 per month totallig $56,000 as of the date of the filing of this Intervening Complaint.

5. The contract executed by Owner of the M/V KHELSEA and the statement for these various necessaries, which include technical management provided to the M/V KHELSEA, is attached hereto as "Exhibit "A", which the Intervening Plaintiff incorporates by reference herein.

6. Despite demands made, neither the vessel owner nor anyone else claiming an interest in the vessel has tendered payment.

7. Because of the foregoing, the Intervening Plaintiff has been forced to incur the services of the undersigned law firm to enforce its rights and foreclose on its maritime lien against the Defendant vessel, and is obligated to pay reasonable attorney fee plus costs and expenses for services provided on its behalf.

8. As a result of the foregoing, Intervening Plaintiff has maritime liens against the M/V KHELSEA pursuant to 46 U.S.C. 31341-31342, the Maritime Lien Act, and Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

9. All conditions precedent to this action have occurred or have been waived.

WHEREFORE, the Intervening Plaintiff SM MARINE prays that judgment be entered on behalf of the Intervening Plaintiff for the amount of its accrued claim, plus prejudgment interest, expenses and costs, that the vessel be condemned and sold to satisfy and pay the same, that the maritime lien of the Plaintiff be declared a valid and existing lien in the accrued amount claimed herein together with all amounts required to be disbursed for the

care and preservation of the vessel and that all costs and expenses incurred by the Intervening Intervening Plaintiff be taxed as costs and/or awarded against the vessel and that the maritime lien of the Intervening Plaintiff be declared prior and superior to the claims and interests of all other persons, firms or corporations whatsoever, that it be declared that any persons, firms or corporations claiming interest in the vessel are forever barred and foreclosed of and from all rights, equity or redemption or claim of, in and to the vessel and every part thereof, and that the Intervening Plaintiff may have such other and further relief as justice may require.

DATED this 25th day of September, 2017.

Respectfully submitted,

*Attorneys for the Intervening Plaintiff*

A. Platon Alexandrakis
Florida Bar No. 82146
3201 NW 24 Street/Road
Miami, FL 33142
Telephone: 786-853-4769
Fax: 305-637-8954
alexandrakislaw@gmail.com

## VERIFICATION OF COMPLAINT

BEFORE ME, the undersigned authority, personally appeared SOTIRIS MASTOROPOULOS who being duly sworn deposes and states:

1. I am the President and Manager of S.M. MARINE, INC.
2. I have read the foregoing Complaint in Intervention and know the contents thereof and of my own knowledge assert that the same is true and correct.
3. I believe the matters to be true based on documents and information that is personally known to me, which I have reviewed, and I have obtained from representatives of S.M. MARINE, INC.
4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SA YETH NOT.

_____
SOTIRIS MASTOROPOULOS

Sworn to and Subscribed before me this 25th day of September, 2017.

# EXHIBIT A

# MANAGEMENT AGREEMENT
===============================================================

KNOW ALL MEN BY THESE PRESENTS

That D&D Investments and Holdings LTD a Company duly organized and existing under and by virtue of the Laws of Bahamas with office in 48 Shirley Street —----
P.O BOX EE15461 –NASSAU BAHAMAS
Presented by THE Owners representative Mr. David Lewis`

Hereafter referred to as the Company

AND

SM Marine Inc. a Company duly organized and existing under and by virtue of the Laws of Florida USA, with operations office at 15190 SW 49th. Court Davie, Florida Represented by its Manager Mr. Sotiris A. Mastoropoulos hereinafter referred to as the Management Company.

WITNESSED

1. The ship's Owner hereby appoints SM Marine In. as the Management Company, and SM Marine Inc. hereby accepts its appointment, to be their Management Company and act on their behalf in matters of Classification, Repairs, Purchasing of goods and materials, appointing Agents and hiring crew and labor for the company's vessels -M/V ETHAN and M/V KHELSEA

2. The Company shall be responsible for all expenses, payments and claims related to the above named vessel.

3. The Management Company shall receive a management and Security fee of 48:000 per year for these services, paid the first day of each month.

4. The Management Company shall attend and perform in utmost professional, accurate and timely manner, in order to complete all and any outstanding work that needs to be done on the vessels Ethan and Khelsea

5. The Management Company shall not be responsible for any delays in completion of work to be done( routine maintenance, USCG requirements,

    Flag State Inspector ) and most specially delays caused by lack of payments from the Company to the Vendors, Agents, Labor, Crew, Surveyors and or any other entity engaged to provide services.

6. **The Management Company does not Own or Operate the vessel of its own, nor act as an independent ship broker**

7. *This Agreement shall be in force and in effect from the date of execution and shall continue for a year.*

IN WITNESS WHEREOF the parties hereto have caused this Agreement to be executed on the first day of September 2016

_____  
Sotiris A. Mostoropoulos

_____  
Owner's Representative  
DAVID LEWIS

Signed in the presence of

_____  
CAPTAIN TGHAERO

**EXHIBIT B**

# SM MARINE INC.

15190 SW 49th. COURT DAVIE FLORIDA 33331   Telephone: ( 954 ) 868-0274
Email: smmarineinc@yahoo.com

==============================================================================

To : David Lewis  D&D Investments Representative

Dear Mr. Lewis

Mr. Richard Thompson from D&D Investments requested me to provide my company's Document of Compliance that I had removed from both ships Khelsea and Ethan with the promise that they will send me 5.000 US Dollars. Till now I have received only 700.00.

I will like to inform you one more time the status of the accumulated amount on management fees   D&D Investments, the company you represent owes to SM Marine Inc. for both vessels.

| | |
|---|---|
| October 2016 | 4,000.00 |
| November 2016 | 4,000.00 |
| December 2016 | 4,000.00 |
| January 2017 | 4,000.00 |
| February 2017 | 4,000.00 |
| March 2017 | 4,000.00 |
| April 2017 | 4,000.00 |
| May 2017 | 4,000.00 |
| June 2017 | 4,000.00 |
| July 2017 | 4,000.00 |
| August 2017 | 4,000.00 |
| September 2017 | 4,000.00 |
| **TOTAL** | **48,000.00** |
| One Month payroll for Captain Evagelio | 3,500.00 |
| One Month Payroll for Chief officer Capara | 2,500.00 |
| Two Months for Security | 2,000.00 |
| **Grand Total** | **56,000.00** |

# SM MARINE INC.

15190 SW 49th. COURT DAVIE FLORIDA 33331   Telephone: ( 954 ) 868-0274
Email: smmarineinc@yahoo.com

====================================================================

Due to unavailability of founds to keep up the payroll for the crew, I requested Mr. Gabi Owner of the Harkham Shipping LLC. To provide funds for the three crew members on board the M/V Khelsea and be able to avoid any problems with the USCG especially in this Hurricane season.

In October 1st the amount will be increase by 4,000.00 more minus the 700.00 that Mr. Thompson send me via Walmart.

Sincerely

Steve Mastoropoulos
Managing Director

*[Seal: SM MARINE INC. MANAGEMENT ISM / ISPS]*