IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: CASE NO.: 17-21759-CV-KMW

HARKHAM SHIPPING, LLC
Plaintiff,

vs.

M/V KHELSEA
official number 300048, her engines,
tackle, apparel, furniture, etc., *in rem,*
Defendant.

and

RIGEL SHIPS AGENCIES, INC.

INTERVENING PLAINTIFFS
--------------------------,/

## COMPLAINT IN INTERVENTION

COMES NOW, the Intervening Plaintiff RIGEL SHIPS AGENCIES, INC. by and through its undersigned attorney and pursuant to Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, files this Intervening Complaint against the M/V KHELSEA, her engines, tackle, apparel, furniture, etc., *in rem,* as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to the provisions of 46 United States Code § 31341 - 31342 and Rule C of the Federal Rules of Civil Procedure.

2. Plaintiff, RIGEL SHIPS AGENCIES, INC. ("RIGEL") was and is a Florida company, with an office and principal place of business in Miami, Florida providing marine management and other marine services.

3. The M/V KHELSEA, a general cargo vessel is now and during the pendency of this action, within this District and within the jurisdiction of this Court.

4. Plaintiff RIGEL has furnished the M/V KHELSEA, at the request of Owner, various necessaries including agency services and use of RIGEL customs bond which continue to accrued for the account of the vessel at $1,500.00 per month from September 2016 to December 2016 totaling $6,000.

5. The statement for these various necessaries, which include t agency services and use of RIGEL customs bond, is attached hereto as "Exhibit "A", which the Intervening Plaintiff incorporates by reference herein.

6. Despite demands made, neither the vessel owner nor anyone else claiming an interest in the vessel has tendered payment.

7. Because of the foregoing, the Intervening Plaintiff has been forced to incur the services of the undersigned law firm to enforce its rights and foreclose on its maritime lien against the Defendant vessel, and is obligated to pay reasonable attorney fee plus costs and expenses for services provided on its behalf.

8. As a result of the foregoing, Intervening Plaintiff has maritime liens against the M/V KHELSEA pursuant to 46 U.S.C. 31341-31342, the Maritime Lien Act, and Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

9. All conditions precedent to this action have occurred or have been waived.

WHEREFORE, the Intervening Plaintiff RIGEL prays that judgment be entered on behalf of the Intervening Plaintiff for the amount of its accrued claim, plus prejudgment interest, expenses and costs, that the vessel be condemned and sold to satisfy and pay the same, that the maritime lien of the Plaintiff be declared a valid and existing lien in the accrued amount claimed herein together with all amounts required to be disbursed for the care and preservation of the vessel and that all costs and expenses incurred by the Intervening

Intervening Plaintiff be taxed as costs and/or awarded against the vessel and that the maritime lien of the Intervening Plaintiff be declared prior and superior to the claims and interests of all other persons, firms or corporations whatsoever, that it be declared that any persons, firms or corporations claiming interest in the vessel are forever barred and foreclosed of and from all rights, equity or redemption or claim of, in and to the vessel and every part thereof, and that the Intervening Plaintiff may have such other and further relief as justice may require.

DATED this *25th d*ay of September, 2017.

                        Respectfully submitted,
                        *Attorneys for the Intervening Plaintiff*

                        A. Platon Alexandrakis
                        Florida Bar No. 82146
                        3201 NW 24 Street/Road
                        Miami, FL 33142
                        Telephone: 786-853-4769
                        Fax: 305-637-8954
                        alexandrakislaw@gmail.com

## VERIFICATION OF COMPLAINT

BEFORE ME, the undersigned authority, personally appeared FREDY ALVARADO who being duly sworn deposes and states:

1. I am the President and Manager of RIGEL SHIPS AGENCIES, INC.
2. I have read the foregoing Intervening Complaint and know the contents thereof and of my own knowledge assert that the same is true and correct.
3. I believe the matters to be true based on documents and information that is personally known to me, which I have reviewed, and I have obtained from representatives of RIGEL SHIPS AGENCIES, INC.
4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SA YETH NOT.

_____
FREDY ALVARADO

Sworn to and Subscribed before me this 28th day of September, 2017.

# EXHIBIT A



**Rigel Ships Agencies, Inc.**
2401 N.W. 33rd Avenue
Miami, Fl 33134
or P.O. Box 14-4977

# INVOICE

Date: NOV / 08 /2016
Invoice # 1108
Customer ID: KHELSEA

Bill to: MV- KHELSEA.
C/O- D & D INVESTMENTS HOLDING LIMITED
Att: GARETH LEWIS

Ph. 1(954) 889-4805

| Date | Description | Balance | Amount |
|---|---|---|---|
| 11/8/16 | M/V- KHELSEA | | |
| | Month of September Agency fee under our U.S. Customs Bond | | |
| | Agency fee per month --------------------------------------------------- | $ | 1,500.00 |
| | (Prepare letter for crew to Join in & Out vessel Phone call's, Email's Faxe's. | | |
| | Month of October Agency fee under our U.S. Customs Bond | | |
| | Agency fee per month --------------------------------------------------- | $ | 1,500.00 |
| | (Prepare letter for crew to Join in & Out vessel Phone call's, Email's Faxe's. | | |
| | Month of November Agency fee under our U.S. Customs Bond | | |
| | Agency fee per month --------------------------------------------------- | $ | 1,500.00 |
| | (Prepare letter for crew to Join in & Out vessel Phone call's, Email's Faxe's. | | |
| | Month of December Agency fee under our U.S. Customs Bond | | |
| | Agency fee per month --------------------------------------------------- | $ | 1,500.00 |
| | (Prepare letter for crew to Join in & Out vessel Phone call's, Email's Faxe's. | | |

| Current | | Over 90 Days | Amount Due |
|---|---|---|---|
| | | | $6,000.00 |

$6,000 U.S. Dollars

Make all checks payable to **Rigel Ships Agencies, Inc.**
Thank you for your business!

2401 N.W 33rd Avenue. Miami, Florida 33142 Off: 305-636-4101 Fax:305-636-4103