UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 17-21759-CIV-ALTONAGA/Goodman

HARKHAM SHIPPING LLC.,

  Plaintiff,

vs.

M/V KHELSEA.,

  Defendant.

and

S.M. MARINE INC.
RIGEL SHIPS AGENCIES INC.
  Intervening Plaintiffs

_____/

## JOINT STIPULATION FOR ENTRY OF FINAL CONSENT JUDGMENT

WHEREAS, Plaintiff and Substitute Custodian HARKHAM SHIPPING LLC, Defendant M/V KHELSEA and Claimant Owner D& D INVESTMENTS, and Intervening Plaintiffs S.M. MARINE INC. and RIGEL SHIPS AGENCIES INC., by and through undersigned counsel have agreed to this Joint Stipulation for Entry of Final Consent Judgment finally disposing of a captioned action; and

WHEREAS, Defendant Vessel and Claimant Owner have agreed to enter into a Final Consent Judgment as to Plaintiff Harkham's claims against the Defendant vessel as alleged in the Complaint;

NOW THEREFORE, it is hereby Stipulated and Agreed, by and between undersigned counsel that:

1. The Parties respectfully request Final Consent Judgment in favor of Plaintiff and Substitute Custodian HARKHAM SHIPPING LLC and Intervening Plaintiffs S.M.

MARINE INC. and RIGEL SHIPS AGENCIES INC. and against the Defendant Vessel

*in rem* to be filed and entered by the Court; and;

      2. A copy of the proposed Final Consent Judgment is attached hereto and will be

sent to the Honorable Judge for approval and execution.


      DATED on this day_____of_____, 2017.


BY: /s/Jonathan S. Cooper, Esq.        BY: /s/Mathew J. Valcourt, Esq.
**Jonathan S. Cooper, Esq**.          **Matthew J. Valcourt, Esq**.
BLANCK & COOPER PA.           VALCOURT AND ASSOCIATES LLC.
5730 S.W. 74th Street, Suite #700    850 NE Third Street, Suite #208
Miami, Florida 33143            Dania, Florida 33004
Florida Bar Number: 99376        Florida Bar Number: 0088791
Email: jcooper@shiplawusa.com     Email: mvalcourt@valcourtlaw.com
Atty for Harkham Shipping LLC.      Atty for D&D Investments


BY: /s/Platon Alexandrakis, Esq.
**Platon Alexandrakis , Esq**.
3201 NW 24th Street/Road
Miami, Florida 33142
Florida Bar Number: 82146
Email: alexandrakislaw@gmail.com
Atty for SM Marine/Rigel Ships Agencies Inc.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this  6th  day of October, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com Valcourt and Associates LLC. 850 NE Third Street, Suite 208, Dania, FL 33004, Attorneys for Claimant D&D Investments, and **A. Platon Alexandrakis, Esq.** alexandrakislaw@gmail.com 3201 NW 24th Street/Road, Miami, Florida 33142, *Attorney for Intervening Plaintiffs* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177
Facsimile:  (305) 663-0146

BY: *      //S// Jonathan S. Cooper, Esq.      *
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Attorney for Harkham Shipping LLC.

.

7676/JointStip.EntryConsentJudgment