UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-21759-CIV-ALTONAGA

**HARKHAM SHIPPING, LLC**,

    Plaintiff,

vs.

**M/V KHELSEA**, official number 300048, her engines, tackle, apparel, furniture, etc., *in rem*,

    Defendant,

and

**S.M. MARINE INC.** and
**RIGEL SHIPS AGENCIES INC.**,

    Intervening Plaintiffs.

_____/

## FINAL CONSENT JUDGMENT IN REM

This Final Consent Judgment *in rem* is entered upon the Joint Stipulation for Entry of Final Consent Judgment [ECF No. 34] of the parties hereto, Plaintiff and Substitute Custodian HARKHAM SHIPPING LLC, Defendant M/V KHELSEA and Claimant Owner DD INVESTMENTS, and Intervening Plaintiffs S.M. MARINE INC. and RIGEL SHIPS AGENCIES INC., all of whom have consented and agreed to the terms of this this Final Consent Judgment to finally dispose of the captioned action.

The parties having requested the Court to enter this Final Consent Judgment before the taking of any testimony and without trial or adjudication of any issue of fact or law, it is hereby

**ORDERED AND ADJUDGED** as follows:

CASE NO. 17-21759-CIV-ALTONAGA

Final Judgment is hereby entered in favor of Plaintiff Harkham and against Defendant M/V Khelsea *in rem* in the amount of $70,177.65; in favor of Intervening Plaintiff S.M. Marine Inc. and against Defendant M/V Khelsea *in rem* in the amount of $44,000.00; and in favor of Intervening Plaintiff Rigel Ships Agencies Inc. and against Defendant M/V Khelsea *in rem* in the amount of $6,000.00 and in favor of the substitute custodian HARKHAM SHIPPING LLC and against Defendant M/V Khelsea *in rem* in the amount of $140,000.00 up to Oct. 11, 2017, the date scheduled for the interlocutory sale of the vessel, custodial fees awarded at a daily rate of $1,400.  The substitute custodian, HARKHAM SHIPPING LLC., is entitled to bid credit the $140,000.00 custodial fee and cost amount to the date of interlocutory sale at the Oct. 11, 2017 auction of the Defendant Vessel by the U.S. Marshal.  The auction is to be conducted with no minimum bid.  If there is no surplusage (amount bid over and above the $140,000.00 custodial fee) post sale, the final consent judgment as to the Plaintiff and Intervening Plaintiffs will be unenforceable against the Defendant Vessel.  If there is a surplusage post sale, then that surplusage shall be distributed as follows: remaining custodial fees / costs at $1,400 per day to the substitute custodian from the date of sale to the date of confirmation of sale, the remaining balance to be paid pro rata as follows: to Plaintiff HARKHAM 59%; Intervening Plaintiff S.M. MARINE 36% and Intervening Plaintiff RIGEL SHIPS AGENCIES 5%.  Each party shall bear its own expenses and attorneys' fees incurred in this action.  This is a consented Final Judgment to which all parties waive all rights of appeal.  The Court retains jurisdiction over this Final Consent Judgment for the purpose of effecting the transfer of title to the vessel and resolving any disputes arising under this Final Consent Judgment.

The Clerk is instructed to mark this case closed and any pending motions are denied as moot.

CASE NO. 17-21759-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 6th day of October, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record