UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 17-21759-CIV-ALTONAGA/Goodman

HARKHAM SHIPPING LLC.,

    Plaintiff,

vs.

M/V KHELSEA,

    Defendant.

_____/

## CLERK'S CONFIRMATION SALE

The records in this action indicate that no objection has been filed to the sale of property conducted by the United States Marshal on October 11, 2017.

THEREFORE, upon the request of plaintiff's counsel and in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of the date of this filing.

DONE at Miami, Florida, this  20  day of October, 2017

By: Steven M. Larimore
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

By: *Lorraine Sandelin*
Deputy Clerk

cc:    United States Marshal
        Counsel of Record